Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234

USPS FIRST-CLASS MAIL®
US POSTAGE IMI
$3.71
SSK
FCM
08/18/24 Mailed from 85234 8.20 oz RDC 99

SHIP TO:
PHOENIX AZ 85003
(420) 85003

United States District Court District of Arizona - Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

**RECEIVED**
AUG 21 2024
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA