Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: cv24-02129-PHX-CBD |
|---|---|
| Plaintiff, | |
| v. | Declaration of Jason Crews |
| Donald Hiatt | In Support of Entry Of Default of Donald Haitt |
| Defendants. | |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. The Defendant in this action, Donald Hiatt, was served a copy of the summons and complaint August 23, 2024.

3. Donald Hiatt was required to file an answer no later than September 13, 2024.

4. No answer has been received.

5. Donald Hiatt is neither an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that Mr. Hiatt is not currently in the military service of the United States.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

1

Dated this September 26, 2024.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
Donald Hiatt
2725 S FLINT CIR ,
MESA, AZ 85202

By:    /s/*Jason Crews*

Jason Crews

2