Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-183 - 75
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV24-02129-PHX-CBD |
| Plaintiff, | |
| v. | [PROPOSED] Order |
| David Hiatt | |
| Defendants. | |

　　　　Before the Court is Motion for Motion for Default Judgment. Having considered the application and finding good cause,

- **It is ordered** the motion is granted.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　Dated: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Camile Bibles
　　　　　　　　　　　　　　　　　　　　United States District Judge