1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9 | Jason Crews,

| No. CV 24-02129 PHX CDB

10                          Plaintiff,

| **ORDER**

11 | v.

12 | Donald Hiatt,

13                          Defendant.

14

15          **IT IS ORDERED that** Defendant's Motion to Allow Electronic Filing (ECF

16 No. 13) is **granted**. Accordingly,

17          **IT IS FURTHER ORDERED that** Defendant shall comply with all rules

18 outlined in the District of Arizona's Case Management/Electronic Case Filing

19 Administrative Policies and Procedures Manual, maintain access to the required

20 equipment and software, maintain a personal electronic mailbox of sufficient capacity to

21 send and receive electronic notice of case related transmissions, be able to electronically

22 transmit documents to the court in .pdf format, register as a subscriber to PACER (Public

23 Access to Electronic Records) within five (5) days of the date of this Order and comply

24 with the privacy policy of the Judicial Conference of the United States and E-

25 Government Act of 2002.  Any misuse of the ECF system will result in immediate

26 discontinuation of this privilege and disabling of the password assigned to the party.

27
28

The Clerk shall notify the Plaintiff of the entry of this Order.

Dated this 2nd day of October, 2024.

Camille D. Bibles
United States Magistrate Judge