Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

OCT 0 1 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the

District of Arizona

Phoenix Division

| | | |
|---|---|---|
| Jason Crews | ) | Case No.  cv24-02129-PHX-CBD |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | Jury Trial: *(check one)*   ☐ Yes   ☒ No |
| -v- | ) | |
| Donald Hiatt | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

**I.   The Parties Filing This Answer to the Complaint**

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Donald Hiatt |
| Street Address | 2725 S Flint Cir |
| City and County | Mesa, Maricopa |
| State and Zip Code | Arizona, 85202 |
| Telephone Number | (480) 786-9292 |
| E-mail Address | donald@donhiatt.com |

**II.   The Answer and Defenses to the Complaint**

    **A.   Answering the Claims for Relief**

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

**B.    Presenting Defenses to the Claims for Relief**

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1. The court does not have subject–matter jurisdiction over the claims because *(briefly explain why there is no federal–question jurisdiction or diversity–of–citizenship jurisdiction; see the complaint form for more information)*

    _____

2. The court does not have personal jurisdiction over the defendant because *(briefly explain)*

    _____

3. The venue where the court is located is improper for this case because *(briefly explain)*

    _____

4. The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

    _____

5. The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

    _____

6. The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

    _____

7. Another party *(name)* _____ needs to be joined (added) in the case. The reason is *(briefly explain why joining another party is required)*

    _____

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

    a.    If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

The other party is a citizen of the State of *(name)* _____ .

Or is a citizen of *(foreign nation)* _____ . The amount of damages sought from this other party is *(specify the amount)* _____ .

    b.    If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

**C.**    **Asserting Affirmative Defenses to the Claims for Relief**

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met. Any affirmative defense or avoidance must be identified in the answer. Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*
Claim #18

Below you will find your voter information as displayed by the AZ GOP Data Center including your cell phone number. Per point number #18. of your lawsuit, this would appear to match the first six digits of the phone number (602) 295-xxxx ("Cell Number") belonging to Plaintiff.

Per the AZ Data Center access agreement (https://azgop.com/gop-data-center-access-agreement), see copy attached.

PERMISSIBLE USAGE: It is understood that the information contained in GOP Data Center may be used for any legal purpose that may reasonably be categorized as both non-commercial and political. Under no circumstances shall any information incorporated in GOP Data Center be used for commercial purpose.
Phone numbers in GOP Data Center are not "scraped" or "obtained" by cross referencing voter records with telephone databases and therefore would have been supplied by the voter. Most likely when registering to vote which would imply consent for your information to be used "for any legal purpose that may reasonably be categorized as both non-commercial and political" by the Republican Party of Arizona.

is barred by *(identify one or more of the following that apply)*:

1.    Accord and satisfaction *(briefly explain)*

2.    Arbitration and award *(briefly explain)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

3. Assumption of risk *(briefly explain)*

4. Contributory or comparative negligence of the plaintiff *(briefly explain)*

Since the Plaintiff voluntarily supplied his telephone number when he registered to vote, his implied consent with the AZ GOP political party would allow any and all candidates who signed a valid AZ Data Center agreement to use the data to contact voters for both non-commercial and political purposes.

5. Duress *(briefly explain)*

6. Estoppel *(briefly explain)*

7. Failure of consideration *(briefly explain)*

8. Fraud *(briefly explain)*

9. Illegality *(briefly explain)*

10. Injury by fellow employee *(briefly explain)*

11. Laches (Delay) *(briefly explain)*

12. License *(briefly explain)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

13. Payment *(briefly explain)*

14. Release *(briefly explain)*

15. Res judicata *(briefly explain)*

16. Statute of frauds *(briefly explain)*

17. Statute of limitations *(briefly explain)*

18. Waiver *(briefly explain)*

19. Other *(briefly explain)*

**D.  Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)**

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought. Do not make legal arguments. State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct. If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

2. The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

3. State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

   a. The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)* _____ alleges that the following injury or damages resulted *(specify)*:

   b. The defendant seeks the following damages or other relief *(specify)*:

## III. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/01/2024

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

Signature of Defendant  *[signed]*

Printed Name of Defendant  Donald W Hiatt

**B.**  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

```
1  Donald Hiatt
   2725 S Flint Circle
2  Mesa, AZ 85202
   480 786-9292
3  donald@donhiatt.com
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX, DIVISION

| | |
|---|---|
| JASON CREWS, | Case No.: cv24-02129-PHX-CBD |
| Plaintiff, | |
| vs. | RESPONSE TO COMPLAINT |
| DONALD HIATT, | |
| Defendant | |

Type body of pleading here.

1st day of October, 2024.

1. The defendant lacks sufficient knowledge to admit or deny the allegation
2. The defendant lacks sufficient knowledge to admit or deny the allegation
3. The defendant lacks sufficient knowledge to admit or deny the allegation
4. The defendant lacks sufficient knowledge to admit or deny the allegation
5. The defendant lacks sufficient knowledge to admit or deny the allegation
6. The defendant lacks sufficient knowledge to admit or deny the allegation
7. The defendant lacks sufficient knowledge to admit or deny the allegation
8. The defendant lacks sufficient knowledge to admit or deny the allegation
9. The defendant lacks sufficient knowledge to admit or deny the allegation
8. The defendant lacks sufficient knowledge to admit or deny the allegation
9. The defendant lacks sufficient knowledge to admit or deny the allegation
10. The defendant lacks sufficient knowledge to admit or deny the allegation

RESPONSE TO COMPLAINT - 1

11. The defendant admits to the allegation

12. The defendant admits to the allegation

13. The defendant lacks sufficient knowledge to admit or deny the allegation

14. The defendant admits to the allegation

15. The defendant lacks sufficient knowledge to admit or deny the allegation

16. The defendant lacks sufficient knowledge to admit or deny the allegation

17. The defendant admits to the allegation

18. The defendant lacks sufficient knowledge to admit or deny the allegation

19. The defendant lacks sufficient knowledge to admit or deny the allegation

20. The defendant lacks sufficient knowledge to admit or deny the allegation

21. The defendant lacks sufficient knowledge to admit or deny the allegation

22. The defendant lacks sufficient knowledge to admit or deny the allegation

23. The defendant lacks sufficient knowledge to admit or deny the allegation

24. The defendant lacks sufficient knowledge to admit or deny the allegation

25. The defendant lacks sufficient knowledge to admit or deny the allegation

26. The defendant lacks sufficient knowledge to admit or deny the allegation

27. The defendant lacks sufficient knowledge to admit or deny the allegation

28. The defendant lacks sufficient knowledge to admit or deny the allegation

29. The defendant lacks sufficient knowledge to admit or deny the allegation

30. The defendant lacks sufficient knowledge to admit or deny the allegation

31. The defendant lacks sufficient knowledge to admit or deny the allegation

32. The defendant lacks sufficient knowledge to admit or deny the allegation

33. The defendant lacks sufficient knowledge to admit or deny the allegation

34. The defendant lacks sufficient knowledge to admit or deny the allegation

35. The defendant lacks sufficient knowledge to admit or deny the allegation

RESPONSE TO COMPLAINT - 2

36. The defendant lacks sufficient knowledge to admit or deny the allegation

37. The defendant lacks sufficient knowledge to admit or deny the allegation

38. The defendant lacks sufficient knowledge to admit or deny the allegation

39. The defendant lacks sufficient knowledge to admit or deny the allegation

40. The defendant lacks sufficient knowledge to admit or deny the allegation

41. The defendant lacks sufficient knowledge to admit or deny the allegation

42. The defendant admits certain allegations but denies or lacks sufficient knowledge to admit or deny, the rest.

43. The defendant admits the allegation

44. The defendant lacks sufficient knowledge to admit or deny the allegation

45. The defendant admits the allegation

46. The defendant lacks sufficient knowledge to admit or deny the allegation

47. The defendant lacks sufficient knowledge to admit or deny the allegation

48. The defendant lacks sufficient knowledge to admit or deny the allegation

49. The defendant lacks sufficient knowledge to admit or deny the allegation

50. The defendant lacks sufficient knowledge to admit or deny the allegation

51. The defendant lacks sufficient knowledge to admit or deny the allegation

52. The defendant lacks sufficient knowledge to admit or deny the allegation

53. The defendant lacks sufficient knowledge to admit or deny the allegation

54. The defendant lacks sufficient knowledge to admit or deny the allegation

55. The defendant lacks sufficient knowledge to admit or deny the allegation

56. The defendant lacks sufficient knowledge to admit or deny the allegation

57. The defendant denies the allegation

58. The defendant lacks sufficient knowledge to admit or deny the allegation

59. The defendant lacks sufficient knowledge to admit or deny the allegation

RESPONSE TO COMPLAINT - 3

60. The defendant denies the allegation

61. The defendant denies the allegation

62. The defendant lacks sufficient knowledge to admit or deny the allegation

63. The defendant lacks sufficient knowledge to admit or deny the allegation

64. The defendant lacks sufficient knowledge to admit or deny the allegation

65. The defendant lacks sufficient knowledge to admit or deny the allegation

66. The defendant denies the allegation

67. The defendant denies the allegation

68. The defendant denies the allegation

69. The defendant lacks sufficient knowledge to admit or deny the allegation

70. The defendant denies the allegation

71. The defendant lacks sufficient knowledge to admit or deny the allegation

72. The defendant denies the allegation

73. The defendant denies the allegation

RESPONSE TO COMPLAINT - 4