

Donald Hiatt <donald@donhiatt.com>

# AZGOP Access

**Felicia Gibson** <fgibson@azgop.com> Mon, Mar 4, 2024 at 10:49 AM
To: Donald Hiatt <donald@donhiatt.com>

Thank you!

Thank you,
Felicia

---

**From:** Donald Hiatt <donald@donhiatt.com>
**Sent:** Monday, March 4, 2024 9:55 AM
**To:** Felicia Gibson <fgibson@azgop.com>
**Subject:** AZGOP Access

[Quoted text hidden]

**Donald Hiatt <donald@donhiatt.com>**

## AZGOP Access

**Donald Hiatt** <donald@donhiatt.com> Mon, Mar 4, 2024 at 8:55 AM
To: fgibson@azgop.com

Hi Felicia,

I am running as a candidate for Maricopa County Recorder and would like to gain country-wide access to AZGOP Data Center.

I have attached a signed access request.

Thank you!

Schedule an appointment with me...

"The greatest problem in communication is the illusion that it has been accomplished" ~ *William H. Whyte*
"Wisdom is forged through the furnace of experience" ~ *Don Hiatt*
"Traditions are threads that bind generations together" ~ *Don Hiatt*

Regards!

Don Hiatt

480-786-9292
<°)))><

**AZGOP Access Request.pdf**
639K



REPUBLICAN PARTY
OF ARIZONA

## GOP DATA CENTER APPLICATION

**All fields MUST be filled out and eligible. If any blanks are left or are illegible the AZGOP will consider the application NOT COMPLETE.**

FIRST NAME: DONALD ~~[illegible]~~

LAST NAME: HIATT

AREA OF ACCESS REQUEST: (Precinct, District, etc) COUNTY

EMAIL ADDRESS: DONALD@DONHIATT.COM

TITLE/ORGANIZATION: DON HIATT 4 RECORDER

PRIMARY PHONE: 480-786-9292

SECOND PHONE: ____________

STREET ADDRESS: 2725 S FLINT CIR

CITY: MESA

COUNTY: MARICOPA

ZIP: 85202

NAME OF AUTHORIZING INDIVIDUAL (CANDIDATE OR CHAIR):

DON HIATT

Signature: D. W. Hiatt Date: 3/4/2024

*AZGOP Complete below:*

ACCESS APPROVED: ____________

ACCESS DENIED: ____________

REASON: ____________

*Chairman approval signature if organization:* ____________ Date: ____________

## GOP DATA CENTER ACCESS AGREEMENT



REPUBLICAN PARTY
★★★★★
OF ARIZONA

The Republican Party of Arizona, LLC ("AZGOP") in conjunction with the Republican National Committee (RNC) will maintain a statewide, internet-accessible registered voter file database for use by various AZGOP organizations and other expressly authorized users.

**AUTHORIZED USERS:** Authorized Users are those organizations and individuals who have requested and received express permission from the AZGOP to obtain a password to be used for access to GOP Data Center ("Data Center"). Access will be issued by the AZGOP for set period of time and must be renewed thereafter. **Accounts may not be shared with other users or non-users unless expressly authorized by the AZGOP in writing.** Failure to comply with any GOP Data Center policies in this document or the user agreements within the GOP Data Center site will subject users and or organizations to immediate suspension or revocation of GOP Data Center privileges.

**PERMISSIBLE USAGE:** It is understood that the information contained in GOP Data Center may be used for any legal purpose that may reasonably be categorized as both non-commercial and political. Under no circumstances shall any information incorporated in GOP Data Center be used for commercial purpose. **Under no circumstances shall any information contained in Data Center be sold to any party.**

**AMENDMENTS:** AZGOP reserves the right to update and amend this policy as is deemed necessary. All updates and amendments shall be considered retroactive to the original implementation date of this signed agreement.

I, DONALD W HIATT, agree to the provisions listed in this document as a requirement for access to the GOP Data Center system. Should I break any part of this agreement, I understand that the AZGOP may suspend or revoke my GOP Data Center privileges. In the event the AZGOP is held liable for damages due to my breach of this agreement, I will indemnify the AZGOP and understand the AZGOP shall have the right to hold me liable for any damages that arise out of such breach. Furthermore, I hereby pledge that I am a registered Arizona Republican and intend to remain so. Finally, I pledge that if working and/or volunteering for candidates for elected office, I will use GOP Data Center only for Republican candidates for office (this may include Republican candidates running in non-partisan races).

I need GOP Data Center access because (check and complete all that apply to get appropriate access – if you are a "representative" of someone, please attach a signed letter from that person stating you have authorization):

- _____ I am a Republican Precinct Committeeman in the County of ________________ and the Precinct of ________________________.
- X I am Republican Candidate for the elected office of MARICOPA COUNTY RECORDER (specific election)
- _____ I am an official campaign staff member for ______________________________ and have authorization from ________________________ (candidate/campaign manager)
- _____ I am an elected official, who has been elected to the office of ____________________________



REPUBLICAN PARTY
OF ARIZONA

- _____ I am a representative of an elected official from ______________________ and have authorization from ________________ (candidate/campaign manager)
- _____ I am the Chairman of ____________________________ (county/LD)
- _____ I am the representative of Chairman __________________________ from __________________________ (county/LD)
- __X__ I am with an organization that needs access to Data Center. I need access to (CHECK ONE) the ______ Precinct, ______ LD, __X__ County, or ______ Statewide data. If Precinct, LD, or County is selected, please indicate which Precinct, LD, or County here: __MARICOPA__. Please also identify the name, purpose, and mission of your organization:______________________________________________

Signature: _D. W. [signature]_ Date: _3/4/2024_

**Please e-mail this completed form to data@azgop.com or mail to:**

**Republican Party of Arizona**
**3033 N. Central Av.**
**Suite 300**
**Phoenix, AZ 85012**

9/23/2024

Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234

Dear Mr. Crews,

I have received your September 13th offer letter and I apologize for my tardy response due to the fact I was out of town and returned late on September 20th.

I have carefully considered your offer; however, after doing some additional research I must respectfully decline.

Below you will find your voter information as displayed by the AZ GOP Data Center including your cell phone number. Per point number #18. of your lawsuit, this would appear to match the first six digits of the phone number (602) 295-xxxx ("Cell Number") belonging to Plaintiff.

**CREWS, JASON MICHAEL**
164 W Laurel Ct
Gilbert AZ 85233

(602)295-1875
Official Party: **Republican**
DOB:

Per the AZ Data Center access agreement (https://azgop.com/gop-data-center-access-agreement).

> *PERMISSIBLE USAGE: It is understood that the information contained in GOP Data Center may be used for any legal purpose that may reasonably be categorized as both non-commercial and political. Under no circumstances shall any information incorporated in GOP Data Center be used for commercial purpose.*

Phone numbers in GOP Data Center are not "scraped" or "obtained" by cross referencing voter records with telephone databases and therefore would have been supplied by the voter. Most likely when registering to vote which would imply consent for your information to be used "for any legal purpose that may reasonably be categorized as both non-commercial and political" by the Republican Party of Arizona.

I am therefore rescinding my original settlement offer dated 9/10/2024 and declining your settlement offer dated September 13th, 2024.

In regard to your civil action (CV24-02129-PHX-CDB) this matter will be settled under the the following terms.

1.  No monetary payment will be made by or to either party
2.  I admit no wrongdoing.
3.  This settlement offer and final settlement terms remain confidential.
4.  Formal settlement releasing claims against each other to be executed by both parties.
5.  You will voluntarily dismiss the lawsuit with prejudice.
6.  I agree not to call you again.

If these terms are agreeable, please return the enclosed signed settlement agreement to me within seven (7) calendar days.

Sincerely,

Donald W Hiatt

2725 S. Flint Circle
Mesa, AZ 85202



MESA DOBSON
2415 W BROADWAY RD
MESA, AZ 85202-9998
(800)275-8777

09/24/2024 08:53 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $1.01 |
| Gilbert, AZ 85234 | | | |
| Weight: 0 lb 1.30 oz | | | |
| Estimated Delivery Date Thu 09/26/2024 | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: 70030500000462074664 | | | |
| Total | | | $5.86 |

Grand Total: $5.86

Debit Card Remit $5.86
Card Name: VISA
Account #: XXXXXXXXXXXX7093
Approval #: 045311
Transaction #: 631
Receipt #: 083299
Debit Card Purchase: $5.86
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 035219-0432
Receipt #: 840-58520023-2-9760849-2
Clerk: 1

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Gilbert, AZ 85234

| | | |
|---|---|---|
| Postage | $ $4.85 | |
| Certified Fee | $0.00 | |
| Return Reciept Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $1.01 | |
| Total Postage & Fees | $ $5.86 | |

0432
Postmark Here
MESA AZ 85202
SEP 24 2024
USPS
09/24/2024

7003 0500 0004 6207 4664

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002 See Reverse for Instructions

9/10/2024

Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234

Dear Mr. Crews,

I was served with your lawsuit and would propose the following settlement terms:

I will pay $500 plus your actual filing fee, which appears to be approximately $450 for a total of $950 with the following conditions:

1. I admit no wrongdoing.
2. This settlement offer and final settlement terms remain confidential.
3. Formal settlement releasing claims against each other to be executed by both parties.
4. Lawsuit is dismissed with prejudice.

This offer is valid for ten (5) calendar days from signed receipt.
Please reply in writing to your acceptance of these proposed terms.

Sincerely,

D. W. Hiatt

Donald W Hiatt

2725 S. Flint Circle
Mesa, AZ 85202

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

9589 0710 5270 0933 4024 73

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Gilbert, AZ 85234

| | |
|---|---|
| Certified Mail Fee | $ $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $12.75 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $0.73 |
| Total Postage and Fees | $ $13.48 |

Postmark Here: MESA AZ 85202 0432 SEP 10 2024 USPS 5 — 09/10/2024

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES
POSTAL SERVICE.

MESA DOBSON
2415 W BROADWAY RD
MESA, AZ 85202-9998
(800)275-8777

09/10/2024 09:15 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.73 |
| Gilbert, AZ 85234 | | | |
| Weight: 0 lb 0.30 oz | | | |
| Estimated Delivery Date Thu 09/12/2024 | | | |
| Restricted Del | | | $12.75 |
| Recipient name JASON CREWS | | | |
| Tracking #: 9589 0710 5270 0933 4024 73 | | | |
| Total | | | $13.48 |

Grand Total: $13.48

Cash $20.00
Change -$6.52

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 035219-0432
Receipt #: 840-58520023-3-7949045-2
Clerk: 5