# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV 24-02129 PHX CDB |
| Plaintiff, | **ORDER** |
| v. | |
| Donald Hiatt, | |
| Defendant. | |

**IT IS ORDERED that** Defendant shall have until **November 1, 2024**, to file a response to Plaintiff's motion for judgment by default and ECF No. 12.

Dated this 9th day of October, 2024.

Camille D. Bibles
United States Magistrate Judge