IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>                    Plaintiff,<br>v.<br><br>Donald Hiatt,<br><br>                    Defendant. | No. CV 24-02129 PHX CDB<br><br>**ORDER** |

**IT IS ORDERED that** Defendant's motion at ECF No. 18 shall be construed as Defendant's motion to vacate the entry of Defendant's default at ECF No. 11.

**IT IS FURTHER ORDERED that** the motion at ECF No. 18 is **granted** and the entry of default is **vacated**.

Dated this 10th day of October, 2024.

Camille D. Bibles
United States Magistrate Judge