Donald Hiatt
2725 S Flint Circle
Mesa, AZ 85202
480 786-9292
donald@donhiatt.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX, DIVISION

| | |
|---|---|
| JASON CREWS, | Case No.: cv24-02129-PHX-CBD |
| Plaintiff, | |
| vs. | MOTION TO SEAL THE DOCUMENT AT ECF NO. 18, TITLED: "MOTION TO VACATE DEFAULT JUDGEMENT" TO PROTECT PII INFORMATION |
| DONALD HIATT, | |
| Defendant | |

Pursuant to Federal Rule of Civil Procedure 5.2, information submitted to the court should not contain Personally Identifiable Information (PII). Un-redacted PII information was included in the motion at ECF No. 18, "MOTION TO VACATE DEFAULT JUDGEMENT", submitted by Defendant on 10/09/24.

Defendant (Hiatt) respectfully requests the court to grant this Motion to seal the document at ECF No. 18, titled: "MOTION TO VACATE DEFAULT JUDGEMENT" to protect PII information

MOTION TO SEAL THE DOCUMENT AT ECF NO. 18, TITLED: "MOTION TO VACATE DEFAULT JUDGEMENT" TO PROTECT PII INFORMATION    PG - 1

Dated this October 24, 2024

                                              /s/ *Donald Hiatt*

                                          Donald Hiatt

COPIES of the forgoing were filed with the court in person October 24th, 2024

COPIES of the forgoing were mailed via USPS to

Justin Crews
1515 N Gilbert Rd. #107-204
Gilbert, AZ 85234

By:         /s/ *Donald Hiatt*

         Donald Hiatt

D. W. [signature]   10/24/24

MOTION TO SEAL THE DOCUMENT AT ECF NO. 18, TITLED: "MOTION TO VACATE DEFAULT JUDGEMENT" TO PROTECT PII INFORMATION    PG - 2