IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>                     Plaintiff,<br>v.<br><br>Donald Hiatt,<br><br>                     Defendant. | No. CV 24-02129 PHX CDB<br><br>**ORDER** |

The docket in this matter indicates Defendant has not completed the process outlined in the order at ECF No. 14, granting his motion to allow electronic filing.

Accordingly,

**IT IS ORDERED that** Defendant shall have until **November 1, 2024**, to complete the process for registering as a user with the Clerk's Office and to register as a subscriber to the Public Access to Electronic Records (PACER) system. Alternatively, Defendant shall advise the Court that he wishes to continue filing his pleadings and other documents in this matter by timely providing paper copies to the Clerk via US mail or taking the copies to the Clerk's office in person.

The Clerk of the Court is respectfully requested to provide a copy of this order to Plaintiff by US mail and by email to: donald@donhiatt.com.

Dated this 24th day of October, 2024.

Camille D. Bibles
United States Magistrate Judge