IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>                     Plaintiff,<br>v.<br><br>Donald Hiatt,<br><br>                     Defendant. | No. CV 24-02129 PHX CDB<br><br>**ORDER** |

**IT IS ORDERED that** the telephonic scheduling conference is set for **Monday, November 25, 2024, at 1:00 p.m.** is **vacated**. A scheduling order will follow.

Dated this 1st day of November, 2024.

Camille D. Bibles
United States Magistrate Judge