# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV 24-02129 PHX CDB |
| Plaintiff, | **ORDER** |
| v. | |
| Donald Hiatt, | |
| Defendant. | |

The parties in this matter have jointly requested the matter be referred to a Magistrate Judge for the purpose of conducting a settlement conference. (ECF No. 27).

Accordingly,

**IT IS ORDERED that** this case is referred, by random draw, to Magistrate Judge Lynnette C Kimmins for the purpose of conducting a settlement conference. The parties shall contact Magistrate Judge Kimmins' chambers within **seven (7) days** of the date this order is filed to arrange a date and time for a settlement conference.

Dated this 1st day of November, 2024.

Camille D. Bibles
United States Magistrate Judge