# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV 24-02129 PHX CDB |
| Plaintiff, | **ORDER** |
| v. | |
| Donald Hiatt, | |
| Defendant. | |

Defendant's motion at ECF No. 24 asks the Court to seal his motion (ECF No. 18) to vacate the default entered against Defendant, which default has been vacated. Citing Rule 5.2 of the Federal Rules of Civil Procedure, Defendant summarily asserts the motion contains personal identifying information. The motion in question contains Defendant's phone number and email address.

Generally, a party must present "compelling reasons" to justify sealing court records, and a pleading might be sealed if the subject information might become a vehicle for improper purposes. *E.g.*, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Defendant does not present a compelling reason for sealing the motion containing Defendant's email address and phone number, because this does not constitute personal identifying information, as compared to medical records, a Social Security number, banking information, or privileged communications. Additionally, Defendant's phone number and email address may not be removed from the electronic filing system in this matter because basic contact information is required for the Court to remain in

contact with Defendant, who proceeds pro se. This information appears in the caption of the CM/ECF docket in this matter and, accordingly, sealing the motion will not result in that information not being revealed in the CM/ECF docket.

Accordingly,

**IT IS ORDERED that** Defendant's motion at ECF No. 24 is **denied**.

Dated this 12th day of November, 2024.

_____
Camille D. Bibles
United States Magistrate Judge