Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv24-02129-PHX-CBD |
| Plaintiff, | |
| v. | [Proposed] ORDER |
| Donald Hiatt | |
| Defendants. | |

The Court has considered Plaintiff's Motion for Reconsideration of the Court's Order (ECF No. 32) denying Defendant's Motion to Seal (ECF No. 24). Upon review, and good cause showing,

IT IS ORDERED that:

- Plaintiff's Motion for Reconsideration is granted;
- The Court's previous Order (ECF No. 32) is vacated;
- Defendant's Motion to Seal (ECF No. 24) is granted; and
- The Clerk of Court shall file under seal Defendant's Motion to Vacate Default (ECF No. 18).

1