# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV 24-02129 PHX CDB |
| Plaintiff, | **ORDER** |
| v. | |
| Donald Hiatt, | |
| Defendant. | |

**IT IS ORDERED that** Plaintiff's motion at ECF No. 33 is **granted**. Accordingly, the pleading filed at ECF No. 18 shall be **sealed** and remain under seal.

Dated this 13th day of November, 2024.

Camille D. Bibles
United States Magistrate Judge