Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv24-02129-PHX-CBD |
| Plaintiff, | |
| v. | Motion For Order To Remove Confidential |
| Donald Hiatt | Information From Third-Party Website |
| Defendants. | |

    Plaintiff Jason Crews respectfully moves this Court for an order directing the removal of confidential information from the Free Law Project's website (CourtListener.com). This motion is supported by the following memorandum of points and authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

I. Background

    Documents containing Plaintiff's sensitive banking information were inadvertently made public through court filings in this matter. While steps are being taken to seal these documents within the Court's system, the documents have been collected and republished by the Free Law Project on their website, CourtListener.com. The Free Law Project has explicitly stated that they will only remove such information pursuant to a court order.

///

1

## II. Legal Standard

Federal courts have inherent authority to seal records and order the removal of sensitive information to protect parties from potential harm. See *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978) (recognizing courts' supervisory power over their own records and files). This authority extends to ordering third parties to remove improperly disclosed confidential information. See Fed. R. Civ. P. 26(c) (authorizing protective orders to protect confidential information).

## III. Argument

A court order directing removal is warranted because:

1. The documents contain sensitive banking information that could be used for identity theft or financial fraud;
2. The Free Law Project has indicated it will comply with a court order directing removal;
3. Merely sealing the documents in the court record will not adequately protect Plaintiff's interests while the information remains publicly accessible on third-party websites;
4. The potential harm to Plaintiff from continued public access to this sensitive financial information outweighs any public interest in access to these particular documents; and
5. This request is narrowly tailored to remove only the specific documents containing confidential banking information.

## IV. Relief Requested

Plaintiff requests that the Court issue an order:

1. Directing the Free Law Project (operators of CourtListener.com) to remove from their website any and all documents from this case containing Plaintiff's banking information; and
2. Requiring compliance within a reasonable time period, such as 14 days from service of the order.

V. Conclusion

    For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion and issue an order directing the removal of confidential information from the Free Law Project's website

Dated: **November 12, 2024**

                                                */s/Jason Crews*

                                                Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were emailed to
Donald Hiatt
donald@donhiatt.com

By:         */s/Jason Crews*

      Jason Crews