Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: cv24-02129-PHX-CBD |
|---|---|
| Plaintiff, | |
| v. | [Proposed] Order |
| Donald Hiatt | |
| Defendants. | |

The Court has considered Plaintiff's Motion for Order to Remove Confidential Information from Third-Party Website. Good cause showing

IT IS HEREBY ORDERED that:

The Free Law Project shall, within fourteen (14) days of service of this Order, remove from its website (CourtListener.com) the following document(s):

- https://storage.courtlistener.com/recap/gov.uscourts.azd.1395229/gov.uscourts.azd.1395229.18.0.pdf
- any other mirrors or archives containing the same

2. The Free Law Project shall confirm compliance with this Order by email to Jason Crews within the fourteen (14) day period.

3. This Order applies only to the specific document(s) listed above as they appear on CourtListener.com and does not require the removal of other documents or materials related to this case.

1