**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Donald Hiatt,<br><br>　　　　　　Defendant. | No. CV 24-02129 PHX CDB<br><br>**ORDER** |

　　**IT IS ORDERED that** Plaintiff's motion at ECF No. 37 is **denied**, as Plaintiff presents no evidence that any pleading filed in this case containing his financial information appears on the "CourtListener.com" website.

　　　　　Dated this 18th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Camille D. Bibles
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge