Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv24-02129-PHX-CBD |
| Plaintiff, | |
| v. | Second Motion For Order To Remove |
| Donald Hiatt | Confidential Information From Third-Party |
| Defendants. | Website |

Plaintiff Jason Crews respectfully submits this renewed motion requesting an order directing the removal of confidential information from the Free Law Project's website (CourtListener.com). This renewed motion addresses the Court's concern regarding evidence of the document's presence on the website, as stated in the Court's Order at ECF No. 38.

**MEMORANDUM OF POINTS AND AUTHORITIES**

I. Background

On November 18, 2024, this Court denied Plaintiff's previous motion (ECF No. 37) because Plaintiff "presents no evidence that any pleading filed in this case containing his financial information appears on the 'CourtListener.com' website." (ECF No. 38).

///

1

## II. Evidence of Document's Presence

Plaintiff now provides the following evidence:

1. The specific URL where the document containing confidential information is located: https://storage.courtlistener.com/recap/gov.uscourts.azd.1395229/gov.uscourts.azd.1395229.18.0.pdf
2. Direct correspondence from the Free Law Project (attached as Exhibit A) confirming:
    a. The document's presence on their website
    b. Their policy requiring a court order for removal
    c. Their willingness to comply with such an order

## III. Legal Standard

As previously noted, federal courts have inherent authority to seal records and order the removal of sensitive information to protect parties from potential harm. See *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978).

## IV. Argument

With the evidence now provided, an order directing removal is warranted because:

1. The document's presence on CourtListener.com is now verified through both the specific URL and the Free Law Project's correspondence;
2. The Free Law Project has explicitly stated they will remove the document upon receipt of a court order;
3. The document contains sensitive banking information that could be used for identity theft or financial fraud; and
4. This Court has already determined the potential harm to Plaintiff from continued public access to this sensitive financial information outweighs any public interest in access to these particular documents, and allowing Plaintiff's financial information to remain viewable to the public on CourtListener's website is contrary to that determination.

///

V. Relief Requested

Plaintiff requests that the Court issue an order:

1. Directing the Free Law Project to remove the specific document identified by URL above;
2. Requiring compliance within fourteen (14) days; and
3. Requiring confirmation of compliance.

VI. Conclusion

For the foregoing reasons, and with the evidence now provided, Plaintiff respectfully requests that the Court grant this renewed motion and issue an order directing the removal of confidential information from the Free Law Project's website.

Dated: **November 12, 2024**

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By: /s/*Jason Crews*

Jason Crews

3

## CS-198 [CourtListener] Contact: PII on record

**Customer Success to Me**        NOV 15

_____

Reply above this line.

Free Law Project commented:

Hello,

Consistent with our removal policy:

https://www.courtlistener.com/removal/

and based on your description, I have requested that the page you referenced and associated files be removed from search engines. We have not removed this page from our website and will not do so without a court order. For details about this policy and an explanation of why we do not remove content from our website, please see the removal policy linked above.

We cannot control how quickly Google, Bing, Yahoo! etc. act on this, but we have requested of them that they remove these pages from their search engines and they typically do so within a few months. We wish this process were faster on their end, but to do this properly does take some time.

To expedite this, you may want to use Google's tool for removing outdated content as explained here:

https://support.google.com/webmasters/answer/7041154

You should understand that we and many other sites retrieve the documents from the courts' websites and other third parties that collect court documents, where they may still be available. We also cannot control the availability of the document(s) on the courts' websites or on other sites that collect and distribute public court documents. You may wish to contact other sites that host the document directly.

If this item says that it is "not to be published" or "not for publication" or similar, this has a specific legal meaning. Please see the explanation in our FAQ, here:

https://www.courtlistener.com/faq/#non-precedential

If you have a court order requiring that the docket be sealed or otherwise redacted, you may send it in reply.

We only control the CourtListener.com domain. We cannot do anything about links that are on any other website.

Thank you

Free Law Project changed the status to Done.

Automation for Jira resolved this as Done.

**How was our service for this request?**

| ☆ | ☆ | ☆ | ☆ | ☆ |
|---|---|---|---|---|
| Very poor | Poor | Average | Good | Very good |

View request · Turn off this request's notifications

This is shared with jason.crews@gmail.com.

Powered by Jira Service Management

---

**Michael Lissner to Me**        3:49 PM

_____

Reply above this line.

Michael Lissner commented:

Hello Jason. If you have any court orders to send, you can do so in reply to this email.

View request · Turn off this request's notifications

This is shared with Jason Crews.

Powered by Jira Service Management