1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7               **FOR THE DISTRICT OF ARIZONA**
8

9   Jason Crews,                              No. CV 24-02129 PHX CDB

10                    Plaintiff,              **ORDER**

11  v.

12  Donald Hiatt,

13                    Defendant.

14

15        **IT IS ORDERED that** Plaintiff's motion at ECF No. 39 is  **denied** as moot. The

16  information Plaintiff asks the Court to order removed from the "CourtListener.com"

17  website is, as of November 19, 2024, no longer available via that website; the pleading

18  containing the information has been sealed and is no longer available via Pacer or via

19  CourtListener.com.

20        Dated this 19th day of November, 2024.

21

22

23

24

25                              Camille D. Bibles
                                United States Magistrate Judge
26

27

28