Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>Plaintiff,<br><br>v.<br><br>Donald Hiatt<br><br>Defendants. | Case No.: cv24-02129-PHX-CBD<br><br>Plaintiff's Motion to Strike Defendant's Motion to Settle or in the Alternative Plaintiff's Opposition to Defendant's Motion to Settle. |

ARGUMENT

I. The Motion Violates Settlement Conference Confidentiality

On November 14, 2024, this Court issued a detailed Settlement Conference Order (Doc. 35) establishing procedures for settlement negotiations. The Order explicitly states that "the terms of a settlement will be made only by the parties and their attorneys" and that "at the conclusion of the conference, the presiding judge will only be advised whether an agreement has been reached." By publicly filing detailed settlement terms, Defendant has violated this Order.

II. The Motion is Procedurally Improper

The Motion improperly attempts to bypass the Court's ordered settlement procedures. The Court has set a Settlement Conference for December 9, 2024, with specific

requirements, and the defendant's attempt to circumvent these procedures through an improper motion undermines the Court's established process.

III. The Motion is Premature and Lacks Ripeness

The Motion seeks Court approval of settlement terms before the Court-ordered exchange of settlement proposals has occurred. The Settlement Conference Order establishes a clear timeline for these exchanges. Any motion regarding settlement terms before following these procedures is premature.

IV. The Motion Lacks Standing

Defendant lacks standing to unilaterally seek Court approval of settlement terms. The Court's Settlement Conference Order explicitly contemplates bilateral negotiations, stating that parties will have "ample opportunity to present other records or evidence during caucuses" and that "the Court will not impose its views on either party." Defendant cannot bypass these requirements through a unilateral motion.

CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court strike Defendant's Motion to Settle as procedurally improper and in violation of the Court's Settlement Conference Order. In the alternative, Plaintiff requests that the Court deny the motion and require the parties to proceed with the ordered settlement procedures.

Dated this November 20, 2024.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By: /s/*Jason Crews*

Jason Crews