Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: cv24-02129-PHX-CBD |
|---|---|
| Plaintiff, | |
| v. | [Proposed] Order |
| Donald Hiatt | |
| Defendants. | |

The Court has considered Plaintiff's Motion to Strike Defendant's Motion to Settle or in the Alternative Plaintiff's Opposition to Defendant's Motion to Settle. (Doc. \_\_) and the Motion to Settle (Doc. 41). Upon review of the motions, the Court's prior Settlement Conference Order (Doc. 35), and good cause appearing,

The Court finds that Defendant's Motion to Settle improperly discloses confidential settlement communications in violation of the Court's Settlement Conference Order (Doc. 35), which explicitly provides that "the terms of a settlement will be made only by the parties and their attorneys" and that "at the conclusion of the conference, the presiding judge will only be advised whether an agreement has been reached."

Furthermore, the Motion to Settle attempts to circumvent the Court's established settlement procedures, including the scheduled Settlement Conference set for December 9, 2024, and the ordered exchange of settlement proposals. Such attempts to bypass Court-ordered procedures are improper and undermine the settlement process.

1

1  IT IS ORDERED that Plaintiff's Motion to Strike is GRANTED. Defendant's
2  Motion to Settle (Doc. 41) is hereby STRICKEN from the record.
3  The parties are DIRECTED to proceed with the settlement procedures as outlined
4  in the Court's Settlement Conference Order (Doc. 35).