IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV 24-02129 PHX CDB |
| Plaintiff, | **ORDER** |
| v. | |
| Donald Hiatt, | |
| Defendant. | |

**IT IS ORDERED that** Plaintiff's motion at ECF No. 42 is **granted**. Accordingly, the report at ECF No. 41 shall be **stricken** from the record.

Dated this 22nd day of November, 2024.

Camille D. Bibles
United States Magistrate Judge