# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV 24-02129 PHX CDB |
| Plaintiff, | **ORDER** |
| v. | |
| Donald Hiatt, | |
| Defendant. | |

Both parties have consented to the exercise of magistrate judge jurisdiction over this matter, including the entry of final judgment. (ECF No. 23). Pursuant to the notice at ECF No. 44,

**IT IS ORDERED that** this matter is dismissed **with prejudice**, with each party to bear its own costs and fees.

Dated this 9th day of December, 2024.

Camille D. Bibles
United States Magistrate Judge